

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 25 P 2: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MERRILL LYNCH PIERCE                          CIVIL ACTION
FENNER & SMITH, INC.

VERSUS                                        NO. 00-0173

LUCY E. ABBAS                                 SECTION "A"

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this <u>24TH</u> day of <u>JANUARY</u>, 2000.

_____
UNITED STATES DISTRICT JUDGE

JAN 2 5 2000

DATE OF ENTRY _____