```
                                            FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 FEB 14  P 1:46

                                    LORETTA G. WHYTE
                                         CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.** | NO. 00-0173 |
| **PLAINTIFF** | |
| v. | JUDGE SCHWARTZ |
| **LUCY E. ABBAS** | MAGISTRATE CHASEZ |

### STIPULATION OF DISMISSAL

Plaintiff Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Defendant Lucy E. Abbas ("Defendant"), by their undersigned counsel, hereby stipulate to the entry of an order dismissing the above-captioned litigation, with prejudice, each party to bear its or her own costs.

By: _____
James M. Garner (#19589)
Martha Y. Curtis (#20446)
Brandon A. Brown (#25592)
SHER GARNER CAHILL RICHTER KLEIN
 McALISTER & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
(504) 299-2102; (504) 299-2302 (telecopy)

DATE OF ENTRY  FEB 1 5 2000

```
____Process
_X__Dktd
____CtRmDep
____Doc.No.
```

and

Christopher P. Stief, Esquire
Michael R. Greco, Esquire
RUBIN & ASSOCIATES, P.C.
MCS Building
10 South Leopard Road
Suite 202
Paoli, PA 19301
(610) 408-2007
(610) 408-9070 (telecopy)

Attorneys for Plaintiff Merrill
Lynch, Pierce, Fenner & Smith, Inc.

By: *[signature]*

THOMAS K. POTTER, III (#17348)
MARK W. MERCANTE (TA) (#23867)
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre, L.L.P.
Place St. Charles, 49th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telecopy:   (504) 589-8011

Attorneys for Lucy E. Abbas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.** <br> **PLAINTIFF** | NO. 00-0173 |
| v. | JUDGE SCHWARTZ |
| **LUCY E. ABBAS** | MAGISTRATE CHASEZ |

**ORDER OF DISMISSAL**

AND now this 14 day of February, 2000, by stipulation of counsel for the Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch") and Defendant Lucy E. Abbas ("Defendant"), it is hereby **ORDERED AND DECREED** that the above-captioned litigation shall be immediately **DISMISSED**, with prejudice, each party to bear its or her own costs.

*New Orleans, Louisiana this 14th day of February, 2000.*

_____
Charles Schwartz, Jr.
United States District Judge

N0470799.1